E-FILED:10/26/10
JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Adela Fregoso<br><br>PLAINTIFF(S)<br><br>vs. | CASE NUMBER<br><br>CV10-04605-PSG (RZx) |
| Medicredit, Inc., et al.<br><br>DEFENDANT(S). | **DISMISSAL BY THE COURT FOR FAILURE TO PROSECUTE** |

On August 4, 2010, the Court received Plaintiff's Notice of Settlement advising that a voluntary dismissal would be submitted within 30 days from the date of the Notice.

To date, no dismissal has been filed with the Court. Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed in its entirety for lack of prosecution.

DATED:  10/25/10 

PHILIP S. GUTIERREZ

Philip S. Gutierrez

U.S. District Judge